Lenora YOUNG, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 266, 2014

Supreme Court of Delaware.

Submitted: August 21, 2015

Decided: August 25, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County Cr. ID 1001019717

DISMISSED.

In the MATTER OF a MEMBER OF the BAR of the Supreme Court of the State of Delaware: Kenneth J. YOUNG, Petitioner.

No. 467, 2015

Supreme Court of Delaware.

Submitted: August 27, 2015

Decided: August 31, 2015

ORDERED.

In the MATTER OF a MEMBER OF the BAR of the Supreme Court of the State of Delaware: Timothy CAIRNS, Petitioner.

No. 410, 2015

Supreme Court of Delaware.

Submitted: August 27, 2015

Decided: September 2, 2015

DENIED.

In the Matter of the PETITION OF Brian L. TUNNELL for a Writ of Habeas Corpus

No. 417, 2015

Supreme Court of Delaware.

Submitted: August 25, 2015

Decided: September 8, 2015

DISMISSED.